UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X   No.: 18-cv-00670
ANNA DOE

**DEFENDANT HALL and MARTINS RESPONSE TO THIRD AMENDED COMPLAINT**

Plaintiff,

-against-

THE CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT, DETECTIVE RICHARD HALL, DETECTIVE EDDIE MARTINS, SEARGENT JOHN ESPEY, OFFICER GREG MARKOV, and JOEH DOE OFFICERS 1-8

Defendants.

----------------------------------------------------------------------X

S I R S:

PLEASE TAKE NOTICE, that Defendants DETECTIVE RICHARD HALL and DETECTIVE EDDIE MARTINS, by their attorney Patrick C. Carroll, Esq., as for their response to the Plaintiff's Third Amended Complaint, state:

Defendants respectfully assert their Fifth Amendment privileges and will remain silent.

Dated: October 2, 2018
       Carle Place, NY

_____
Patrick C. Carroll, Esq.
Law Office of Patrick C. Carroll, Esq.
Patrick.carroll.law@gmail.com
One Old Country Road, Suite 125
Carle Place, NY 11514
Ph. 516-424-9102
Fx. 516-342-5624