# EXHIBIT C



## Resume Report

Search Criteria:
Tax#
Command:

| Classification | IA Log# | Case Num (G42) | Case Open Date | Case Closed Date | Closing Disposition | Full Allegation | Finding | Finding Date | Notes |
|---|---|---|---|---|---|---|---|---|---|
| C-CORRUPTION | 2017-44641 | C-2017-572 | 11/14/2017 | . | | | | . | Allegation Crime (not Domestic) |