# EXHIBIT H

<u>Doe v. The City of New York, et al.</u>, 18-CV-670 (ARR)(JO)
October 10, 2018 Privilege Log

| Start | End | Document Type | Information Redacted | Privilege(s) |
|---|---|---|---|---|
| D000001 | D000026 | NYPD Internal Affairs Bureau ("IAB") Resumes | Records reflecting an open investigation. | Law Enforcement Privilege. Confidential Informant Privilege. |
| D000001 | D000026 | NYPD Internal Affairs Bureau ("IAB") Resumes | Records reflecting categories of allegations beyond those ordered by the Court on October 3, 2018 (e.g., allegations other than sexual assault, false arrest, excessive force, or false statements against Defendants Hall and Martins, and allegations other than failure to make/take a report or false statements against Defendant Markov). | Compliance with Court Order dated October 3, 2018. |
| D000027 | D000035 | NYPD Internal Affairs Bureau Central Personnel Indices | Records reflecting categories of allegations beyond those ordered by the Court on October 3, 2018 (e.g., allegations other than sexual assault, false arrest, excessive force, or false statements against Defendants Hall and Martins, and allegations other than failure to make/take a report or false statements against Defendant Markov). | Compliance with Court Order dated October 3, 2018. |
| D000036 | D000040 | Civilian Complaint Review Board ("CCRB") Officer History Report | Records reflecting categories of allegations beyond those ordered by the Court on October 3, 2018 (e.g., allegations other than sexual assault, false arrest, excessive force, or false statements against Defendants Hall and Martins, and allegations other than failure to make/take a report or false statements against Defendant Markov). | Compliance with Court Order dated October 3, 2018. |

<u>Doe v. The City of New York, et al.</u>, 18-CV-670 (ARR)(JO)
October 10, 2018 Privilege Log

| | | | | |
|---|---|---|---|---|
| D000036 | D000040 | Civilian Complaint Review Board ("CCRB") Officer History Report | Officer Dates of Birth. | Official Information Privilege. Privacy and Security of Parties. |
| D000138 | D000583 | NYPD Officer Personnel Files | Dates of Birth, Social Security Numbers, Home Addresses, Medical History Reports, Sick Leave History, Serial Numbers of Guns, Email Addresses, Family Names and Contact Information, Religious Affiliation, Social Condition (Relationship Status and Changes Thereto). | Official Information Privilege. Privacy and Security of Parties. Privacy and Security of Non-Parties. |
| D000588 | D000591 | Memo Book Entries for Gregory Markov | Entries for dates other than September 16, 2017. | Information regarding arrests of persons not parties to this litigation may implicate the sealing provisions of New York CPL § 160.50/160.55 and/or implicates the privacy and security concerns of non-parties. Relevance. |
| D000592 | D000594 | Memo Book Entries for John Espey | Entries for dates other than September 16, 2017. | Information regarding arrests of persons not parties to this litigation may implicate the sealing provisions of New York CPL § 160.50/160.55 and/or implicates the privacy and security concerns of non-parties. Relevance. |
| D000626 | D000628 | NYPD Arrest Reports | Officer Dates of Birth, Officer Addresses, and Officer ID numbers. | Official Information Privilege. Privacy and Security of Parties. |