UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

ANNA DOE,

                              Plaintiffs,

        -against-

CITY OF NEW YORK, ET AL.

                             Defendants.

------------------------------------------------------------------------ x

**NOTICE OF MOTION OF SUZANNA PUBLICKER METTHAM TO WITHDRAW AS ATTORNEY**

18-CV-670 (ARR)(JO)

PLEASE TAKE NOTICE that, upon the accompanying Declaration, Suzanna Publicker Mettham will move this Court, at the United States Courthouse for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York, on a day and time to be determined by the Court, pursuant to this Court's Local Civil Rule 1.4, for leave to withdraw as counsel for defendants City of New York and Gregory Markov in this action.

PLEASE TAKE FURTHER NOTICE that other attorneys at the New York City Law Department, on behalf of Zachary W. Carter, Corporation Counsel of the City of New York will continue to be counsel of record for defendants City and Markov in this action.

Dated:       New York, New York
              November 27, 2018

                                      ZACHARY W. CARTER
                                      Corporation Counsel of the City of New York
                                      *Attorney for Defendants City and Markov*
                                      100 Church Street, Room 3-212
                                      New York, New York 10007
                                      212-356-2356

                        By:        /s/
                                        Suzanna Publicker Mettham
                                        Senior Counsel
                                        Special Federal Litigation Division

cc:     *All Counsel (By ECF)*