*Law Offices of*
## MICHAEL N. DAVID

14 Wall Street, 20th Floor
New York, N.Y.  10005

212-363-1997

March 18, 2020

Honorable Allyne R. Ross
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  *Anna Doe v. City of New York*, et al.
    18-CV-670 (ARR)(JO)

Dear Judge Ross:

    Plaintiff writes on behalf of all parties to request an extension of time to file the joint request to charge, and if necessary any additional memorandums, until April 8, 2020.

    On March 13, 2020, Your Honor set a deadline of March 18, 2020 for the parties to file their joint request to charge in advance of the jury trial that was set to begin on April 20, 2020. (See Civil Docket Sheet Order dated March 13, 2020.)  Your Honor further stated that "[i]f, on that date, the parties have not resolved their disagreements and cannot submit a single document, they may so inform me and request additional time." (Id.)

    As the Court is aware, the country is currently grappling with the COVID-19, or coronavirus, pandemic.  On March 7, 2020, Governor Andrew Cuomo declared that New York is in a state of emergency because of the rapidly developing pandemic situation.  On March 13, 2020, Mayor Bill de Blasio followed suit, and declared New York City to be in

Honorable Allyne R. Ross
April 20, 2019
Page Two

a state of emergency as well. That same day, the United States District Court for the Eastern District of New York ("Eastern District") issued Administrative Order 2020-06, which stated that all civil and criminal jury trials in the Eastern District scheduled to begin before April 27, 2020 are continued pending further order of the Court. The Order further stated that compliance with all trial-specific deadlines in civil and criminal cases scheduled to being before April 27, 2020 is at the discretion of the assigned judge. As such, the jury trial is no longer scheduled to begin on April 20, 2020 in this matter.

The parties now seek additional time to file their joint request to charge for the following reasons: (1) the parties have not resolved all of their differences and will likely need to submit separate memorandums as per Your Honor's Individual Rules; (2) the filing of this document is no longer urgent as the jury trial is continued pursuant to Administrative Order 2020-06; and (3) logistical difficulties due to the COVID-19 pandemic.

With respect to the logistical difficulties, the assigned counsel for defendants City of New York and Gregory Markov, Bilal Haider, Esq., states that he is the sole caretaker for his 8 month old infant for the foreseeable future as a result of his wife being employed as a registered nurse at a local hospital. Due to risk of contraction through his wife's employment, he is not receiving any child care assistance in an effort to prevent any further spread of the virus. Additionally, due to the COVID-19 pandemic, supervisors in the Office of the Corporation Counsel are inundated with adjusting to the operations of employees working from home and the unforeseen issues that arise every day. As such, additional time is needed for Mr. Haider to have any pretrial submissions reviewed by a supervisor, which is customary practice in the Office of the Corporation Counsel.

Accordingly the plaintiff respectfully requests that the application be granted. Thank you for any consideration that you may give the foregoing.

Very truly yours,

/s/ Michael N. David

MICHAEL N. DAVID

MND:lp