

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

# THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**HANNAH V. FADDIS**
*Senior Counsel*
Phone: (212) 356-2486
Fax: (212) 356-1148
hfaddis@law.nyc.gov

September 2, 2022

**BY ECF**
Honorable Allyne R. Ross
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: <u>Anna Doe v. City of New York, et al.</u>
         18-CV-670 (ARR)(JO)

Your Honor:

    I am a one of the attorneys assigned to represent the City of New York and Gregory Markov in the above-referenced matter (hereinafter "City Defendants"). The City Defendants write to inform the Court that they have reached a resolution in principle with the plaintiff of all claims in this action against the City and defendant Gregory Markov. The City Defendants respectfully request an adjournment *sine die* of all outstanding deadlines and appearances with regard to the claims involving the City Defendants, and thirty days in which to file a stipulation of dismissal with the Court. Plaintiffs' counsel joins in this request.

    The City Defendants thank the Court for its consideration.

Sincerely yours,

/s
Hannah V. Faddis
*Senior Counsel*
Special Federal Litigation Division

cc: VIA ECF
*All Counsel of Record*